**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Michael J. Adams                                      **Case/AP Number** 10-17670 **-FJB**
                                                                 **Chapter** 13

#26   Objection to Confirmation of Plan  with certificate of service (RE: [7] Chapter 13 Plan) filed by Creditor The Milford National Bank and Trust Company (Conrad, Jennifer)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved          _____Moot

_____Denied          _____Denied without prejudice       _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Creditor shall file a certificate of conference pursuant to MLBR, Appendix 1, Rule 13-8(c) on or before October 15, 2010.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 10/04/2010
Frank J. Bailey
United States Bankruptcy Judge