UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Michael J. Adams                                             **Case/AP Number** 10-17670 **-FJB**
                                                                        **Chapter** 13

   EVIDENTIARY HEARING
   #26 Objection of Milford National Bank and Trust Company to Confirmation of Chapter 13
   Plan (J. Conrad)
   #30 Response of Debtor (S. Midgley)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved        _____Moot

_____Denied        _____Denied without prejudice        _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Moot as the Debtor has agreed to file an amended Chapter 13 plan.  The Debtor is directed to
file and serve an amended Chapter 13 plan and motion to approve same on all creditors and
interested parties and shall file a certificate of such service on or before January 25, 2011,
failing which the case will be dismissed without further process.

                                        IT IS SO ORDERED:

                                        */s/ Frank J. Bailey*

                                        _____Dated:\_01/11/2011\_
                                        Frank J. Bailey
                                        United States Bankruptcy Judge