United States Bankruptcy Court
District of Massachusetts

## SECOND AMENDED CHAPTER 13 PLAN

Filing Date: 7/15/2010                                    Docket #: 10-17670

Debtor: Adams, Michael J.                                 Co-Debtor: _____

SS#: 1963                                                 SS#: _____

Address: 25 Arapahoe Road                                 Address: _____

,Bellingham, MA 02019                                     , _____

Debtor's Counsel:

Midgley Legal Services, LLC
p.o. box 2577
attleboro falls, MA  02763-0894

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

United States Bankruptcy Court
District of Massachusetts

## SECOND AMENDED CHAPTER 13 PLAN

Docket#: 10-17670

DEBTORS: (H) Adams, Michael J. _____ SS# 1963 _____
         (W) _____ SS# _____

### I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $ __364.00__ for the term of 6 months and $ __476.50__ for the term of 54 months.

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
☐ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
☒ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause: Debtor does not have disposable income to pay plan in less than 60 months.
☐ ____ Months. The Debtor states as reasons therefore:

### II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Bank of America | first mortgage arrears on property located at 109 Blackstone | 13,270.73 |
| Milford National Bank | first mortgage arrears on property located at 107 Blackstone | 5,021.82 |
| | Total of secured claims to be paid through the Plan: $ | 18,292.55 |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| Bank of America | first mortgage on 109 Blackstone |
| Milford National Bank | first mortgage on 107 Blackstone |
| Bank of America | first mortgage on 25 Arapahoe |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| Milford National Bank | 1st mortgage for 109 Blackstone-being reduced to fmv-$122,500.00 | 0.00 |
| Milford National Bank | 1st mortgage for 107 Blackstone-being reduced to fmv-$122,500.00 | 0.00 |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:
None

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of:
None

iii. The arrears under the lease to be paid under the plan are _____

### III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Town of Bellingham | re taxes on 107 Blackstone Street | 2,111.16 |
| Town of Bellingham | trash for 107 Blackstone Street | 170.00 |
| Town of Bellingham | trash for 25 Arapahoe Street | 170.00 |
| Town of Bellingham | trash for 109 Blackstone Street | 170.00 |
| Town of Bellingham | water/sewage for 107 Blackstone Street | 83.90 |
| Town of Bellingham | water/sewer charge for 109 Blackstone Street | 176.02 |
| | Total of Priority Claims to Be Paid Through the Plan: $ | 2,881.08 |

IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ 1,350.00.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **1.35%** of their claims.

A. General unsecured claims: $ 76,855.01

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| People's United Bank | 2nd mortgage for Arapahoe Road-being strippoed | 53,656.37 |
| Milford National Bank | 1st mortgage on unsecured amount on 109 Blackstone | 31,592.00 |
| Bank of America | 1st mortgage on unsecured amount for 107 Blackstone | 28,607.00 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | Total of A + B + C unsecured claims: $ | 190,710.38 |

D. Multiply total by percentage: $ 2,600.00.
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |
| | Total amount of separately classified claims payable at **100%**: $ | 0.00 |

VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan: None

B. Miscellaneous provisions: Term of the plan must be more than 36 months because Debtor does not have sufficient disposable income to pay in 36 months.

VII. CALCULATION OF PLAN PAYMENT:

a. Secured claims (Section I-A Total): .................................................................................... $ 18,292.55
b. Priority claims (Section II-A & B Total): ............................................................................. $ 2,881.08
c. Administrative claims (Section III-A & B Total): ................................................................. $ 1,350.00
d. Regular unsecured claims (Section IV-D Total): + ............................................................... $ 2,600.00
e. Separately classified unsecured claims: ................................................................................. $ 0.00
f. Total of a + b + c + d + e above: ........................................................................................... $ 25,123.63
g. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: ......................................... $ 27,915.14
   (This represents the total amount to be paid into the Chapter 13 Plan)
h. Payments already made into plan ......................................................................................... $ 2,184.00
i. Divide (g) Cost of Plan by Term of Plan: 54 months............................................................. $ 25,731.14
j. Round up to nearest dollar: Monthly Plan Payment: ............................................................. $ 476.50
   (Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 1/2 of duplex located at 107 Blackstone, Bellingham, MA | 122,500.00 | 151,107.48 |
| 1/2 of duplex located at 109 Blackstone, Bellingham, MA | 122,500.00 | 163,092.53 |
| single family residence located at 25 Arapahoe Road, Bellingham, MA | 260,000.00 | 353,543.37 |

Total Net Equity for Real Property: $ 0.00
Less Total Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| None | | | |

Total Net Equity: $ 0.00
Less Total Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Total Net Value: $ 6,205.00
Less Exemptions (Schedule C): $ 6,205.00
Available Chapter 7: $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 0.00.

E. Additional Comments regarding Liquidation Analysis:

IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee,

all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Stephen K. Midgley  
Debtor's Counsel

Date: 3-23-11, 2011

Attorney's Address:  
Midgley Legal Services, LLC  
p.o. box 2677  
attleboro falls, MA 02763-0884

Tel. # 508-261-9010    Email Address: midgleylaw@verizon.net

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ Michael J. Adams  
Debtor

Date: , 2011

Debtor

Date: 23, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  )  Chapter 13
Michael J. Adams  )
  )  Case No: 10-17670
  )
  )
Debtors  )
  )

## CERTIFICATE OF SERVICE

I, Stephen K. Midgley, Attorney for the Debtor, certify that on March 24, 2011, I mailed first class mail copy of the Second Amended Chapter 13 Plan to:

Michael J. Adams
25 Arapahoe Road
Bellingham, MA 02019

SEE ATTACHED LIST OF CREDITORS

And via electronic mail to John Fitzgerald, U.S. Trustee, Carolyn Bankowski, Chapter 13 Trustee, Amy Azza, Esq., Counsel for BAC Home Loans Servicing, L.P., Jennifer Conrad, Esq., Counsel for The Milford National Bank and Trust Company, Shawn Masterson, Esq., Counsel for Webster Bank, N.A., Paul J. Mulligan, Esq., Counsel for BAC Home Loans Servicing, L.P.

Respectfully Submitted,

Stephen K. Midgley, Esq.
Midgley Legal Services, LLC
P.O. Box 2577
Attleboro Falls, MA 02763
Telephone: (508) 261-9010
Facsimile: (508) 339-0222
Email: midgleylaw@verizon.net
BBO No.: 549701

AAA Financial Services
P.O. Box 15019
Wilmington, DE  19886


Bank  America (MBNA)
P.O. Box 17054
Wilmington, DE  19884


Chestnut Dental Association
87 Chestnut Street
Needham, MA  02492


Diane J. Capozzoli, Esq.
P.O .Box 870067
Milton Village, MA  02187


Discover  Financial Services LLC
FMA Alliance LTD
11811 North Freeway, Suite 900
Houston, TX  77060


Dr. Henry Degroot III
831 Beacon Street, Suite 130
Newton, MA  02459


Fallon Community Health
P.O. Box 55472
Boston, MA  02205


John Wallask
P.O. Box 1059
Mansfield, MA  02048


Legacy Billing Services
10833 Valley View Street, Suite 150
Cypress, CA  90630

Milford Pathology Assoc.
396 High Street
Somersworth, NH  03878


Orion Emergency Services
P.O. Box 415221
Boston, MA  02241


Peoples United Bank
P.O. Box 820
Burlington, VT  05402


Town Of Bellingham
P.O. Box 204
Bellingham, MA  02019


Tri-County Medical Associates, Inc.
124 Grove Street
Franklin, MA  02038


Verizon
100 Cummings Center, Suite 309J
Beverly, MA  01915


Webster Bank
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI  02860