UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: )        Chapter 13
Michael J. Adams )
)        Case No: 10-17670
)
Debtor )
)

## DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY BAC HOME LOANS SERVICING, LP.

Now comes the Debtor, Michael J. Adams, through his attorney, Stephen K. Midgley, to object to the Proof of Claim filed by BAC Home Loans Servicing, LP and states in support the following:

1. The second amended plan of the Debtor treats the claim of BAC as an under secured long term unprotected obligation subject to cram down under section 1325 (a)(5)(B), as this is not the Debtor's residence.
2. The arrears as listed under Debtor's proof of claim are paid under the plan.
3. The secured portion of the loan is listed in the Debtor's plan at the fair market value of $122,500.00. This will be paid at the contract rate outside of the plan until the $122,500.00 is paid, *Brown v. Shorewood Fin 175BR 129(MA 1994)*.
4. The unsecured portion of $28,607.00, is treated as an unsecured debt under the second amended plan.

WHEREFORE, the Debtor respectfully requests that this Honorable Court deny the Proof of Claim filed by BAC Home Loans Servicing, LP and grant further relief as is just and proper.

Dated: 4-4-11

Respectfully Submitted,

Stephen K. Midgley, Esq.
Midgley Legal Services, LLC
P.O. Box 2577
Attleboro Falls, MA 02763
Telephone: (508) 261-9010
Facsimile: (508) 339-0222
Email: midgleylaw@verizon.net
BBO No.: 549701

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                         )    Chapter 13
Michael J. Adams               )
                               )    Case No: 10-17670
                               )
    Debtor                     )
                               )

## CERTIFICATE OF SERVICE

I, Stephen K. Midgley, certify that on 4-4, 2011, I mailed first class mail copy of the Debtor's Objection to the Proof of Claim filed by BAC Home Loans Servicing, LP to:

Michael J. Adams
25 Arapahoe Road
Bellingham, MA 02019

And via electronic mail to John Fitzgerald, U.S. Trustee, Carolyn Bankowski, Chapter 13 Trustee, Amy Azza, Esq., Counsel for BAC Home Loans Servicing, LP Jennifer Conrad, Esq., Counsel for Milford National Bank and Trust Company, Shawn Masterson, Esq., Counsel for Webster Bank, N.A., and Paul J. Mulligan, Esq. Counsel for BAC Home Loans Servicing, LP.

Respectfully Submitted,

/s/ Stephen K. Midgley
Stephen K. Midgley, Esq
Midgley Legal Services, LLC
P.O. Box 2577
Attleboro Falls, MA 02763
Telephone: (508) 261-9010
Facsimile: (508) 339-0222
Email: midgleylaw@verizon.net
BBO No.: 549701