**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Michael J. Adams　　　　　　　　　　　　　　　　**Case/AP Number** 10-17670 **-FJB**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter** 13

　　#132　Objection to Claim 6 of Claimant BAC Home Loans Servicing, LP

**COURT ACTION:**

_____Hearing held

_____Granted　　_____Approved　　_____Moot

_____Denied　　_____Denied without prejudice　　_____Withdrawn in open court

_____Overruled　_____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order　_____Released　_____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor shall file a certificate of conference pursuant to MLBR, Appendix 1, Rule 13-13(d) on or before April 29, 2011.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 04/15/2011
Frank J. Bailey
United States Bankruptcy Judge