**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Michael J. Adams                                   **Case/AP Number** 10-17670 **-FJB**
                                                              **Chapter** 13

    #132    Objection to Claim 6 of Claimant BAC Home Loans Servicing, LP

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice    _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This Objection to Proof of Claim is hereby deemed withdrawn.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_    Dated: 04/27/2011
Frank J. Bailey
United States Bankruptcy Judge