## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re | Case No. 10-17670-FJB |
| Michael J. Adams | Chapter 13 |
| Debtor | |

### RESPONSE TO ORDER TO SHOW CAUSE
**(Docket No. 222)**

Now comes Ditech Financial LLC f/k/a Green Tree Servicing LLC (hereinafter, "Ditech") in response to the Court's January 22, 2016 Order to Show Cause and states as follows:

1. Ditech, through inadvertence and error, failed to file a timely response to the Court's Order of Deficiency [Docket No. 217], the deadline for which was January 20, 2016.

2. Upon receiving the Order to Show Cause, Ditech immediately filed a Transfer of Claim [Docket No. 223], which Ditech believes addresses the initial issue raised in the Order of Deficiency.  Ditech sincerely apologizes to the Court for missing the January 20, 2016 deadline.

WHEREFORE, Ditech Financial LLC f/k/a Green Tree Servicing LLC responds to the Court's Order to Show Cause and respectfully requests that the same be released.

Respectfully submitted,
Ditech Financial LLC f/k/a Green Tree Servicing LLC,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
HARMON LAW OFFICES, P.C.
150 California Street
Newton, MA 02458
617-558-0500
mabk@harmonlaw.com

Dated:  January 22, 2016

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re | Case No. 10-17670-FJB |
| Michael J. Adams, Debtor | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Jason J. Giguere, Esquire, state that on January 22, 2016, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowskie, Esquire, Chapter 13 Trustee
Stephen K. Midgley, Esquire for Debtor
Paul J. Mulligan, Esquire for BAC Home Loans Servicing, L.P.
Jordan Wilcox, Esquire for BAC Home Loans Servicing, L.P.
Joseph Dolben, Esquire for Ditech Financial, LLC s/b/m Green Tree Servicing LLC
Jennifer L. Conrad, Esquire for The Milford National Bank and Trust Company
Shawn Masterson, Esquire for Webster Bank, N.A.

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO#667662

Michael J. Adams
25 Arapahoe Road
Bellingham, MA 02019

BAC Home Loans Servicing, LP
c/o Prober & Raphael, A Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364

Oak Harbor Capital, L.L.C
c/o Weinstein & Riley, P.S.
2001 Western Ave.
Ste 400
Seattle, WA 98121

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131