# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

Michael J. Adams

Chapter 13
Case No. 10-17670

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

Upon consideration of the Transfer of Claim [#223] and the Response [#226] filed by Ditech Financial LLC on January 22, 2016, the Order to Show Cause is hereby released.

By the Court,

*[signature]*

United States Bankruptcy Judge

Dated: February 3, 2016